IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Uri Reisman, | ) | |
| | ) | C.A. No. 3:24-cv-02451-SAL-PJG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT RULE 26(f) REPORT** |
| | ) | |
| University of South Carolina, Sonya Singleton, and Mary Grace Strickland, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

\_\_\_\_    We agree that the schedule set forth in the Conference and Scheduling Order filed **May 1, 2024**, is appropriate for this case.  **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_X_    We agree that the schedule set forth in the Conference and Scheduling Order filed **May 1, 2024**, requires modification as set forth in the proposed Consent Amended Scheduling Order. **The parties' proposed discovery plan as required by Fed. R. Civ. Rule 26(f) and the information required by Local Civil Rule 26.03  will be separately filed by the parties.**

\_\_\_\_    We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court.  **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. Rule, with disagreements noted, and the information required by Local Civil Rule 26.03  will be separately filed by the parties.**

(Signature page to follow)

| | |
|---|---|
| s/ J. Paul Porter<br>J. Paul Porter (FID # 11504)<br>Nicholas J.M. Quatraro (FID # 14122)<br>Cromer Babb & Porter, LLC<br>1418 Laurel Street, Suite A<br>PO Box 11675<br>Columbia, SC 29211<br>Phone: (803) 799-9530<br>Fax: (803) 799-9533<br>Paul@cromerbabb.com<br>Nicholas@cromerbabb.com<br><br>ATTORNEYS FOR PLAINTIFF | s/ Erin K. Barlow<br>R. Hayne Hodges, III (FID # 9663)<br>Erin K. Barlow (FID # 13930)<br>Bettis Law Group, L.L.P.<br>3700 Forest Drive, Suite 500<br>Columbia, South Carolina 29204<br>Phone: (803) 799-9311<br>Fax: (803) 254-6951<br>hayne@bettislawsc.com<br>erin@bettislawsc.com<br><br>ATTORNEYS FOR DEFENDANT<br>UNIVERSITY OF SOUTH CAROLINA<br><br>s/ Chandler E. Aragona<br>Richard J. Morgan (FID # 1266)<br>Chandler E. Aragona (FID # 13561)<br>Burr & Forman, LLP<br>PO Box 11390<br>Columbia, South Carolina 29211<br>Phone: (803) 799-9800 / Fax: 803) 753-3278<br>rmorgan@burr.com<br>caragona@burr.com<br><br>ATTORNEYS FOR DEFENDANT MARY GRACE STRICKLAND<br><br>s/ Peter M. Balthazor<br>Peter M. Balthazor (FID# 9236)<br>Riley Pope & Laney, LLC<br>PO Box 11412<br>Columbia, South Carolina 29211<br>Phone: (803) 799-9993<br>Fax: (803) 239-1414<br>peteb@rplfirm.com<br><br>ATTORNEYS FOR DEFENDANT SONYA SINGLETON |