# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Uri Reisman,<br><br>    Plaintiff,<br><br>v.<br><br>University of South Carolina, Sonya Singleton, and Mary Grace Strickland,<br><br>    Defendants. | C/A No.: 3:24-cv-02451-SAL-PJG<br><br>MEDIATION STATEMENT |

Pursuant to Local Civil Rule 16.03 and the Court's Scheduling Order dated June 13, 2024, the undersigned certifies that he has (1) provided Plaintiff Uri Reisman with a copy of the Order to Conduct Mediation; (2) discussed the availability of mediation with the Plaintiff; and (3) discussed the advisability and timing of mediation with opposing counsel. As a result, mediation has been scheduled with Carrie Fox on January 27, 2025, at 10:00 a.m. in Columbia, South Carolina.

        **CROMER BABB & PORTER, LLC**

        BY: *s/ J. Paul Porter*
           J. Paul Porter (# 11504)
           Post Office Box 11675
           Columbia, South Carolina 29211
           Phone: 803-799-9530
           Fax: 803-799-9533
           paul@cromerbabb.com

        ***Attorney for Plaintiff***

December 27, 2024
Columbia, South Carolina