IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Uri Reisman,<br><br>        Plaintiff,<br><br>   v.<br><br>University of South Carolina, Sonya Singleton, and Mary Grace Strickland,<br><br>        Defendants. | Civil Action No.: 3:24-cv-02451-SAL-PJG<br><br>**MEDIATION STATEMENT** |

Pursuant to Local Civil Rule 16.03, and in accordance with the June 13, 2024 Amended Scheduling Order (ECF No. 21), the undersigned certifies that she has (1) provided Defendant Mary Grace Strickland with a copy of the Order to Conduct Mediation; (2) discussed the availability of mediation with Defendant Mary Grace Strickland; and (3) discussed the advisability and timing of mediation with opposing counsel. As a result, mediation[1] has been scheduled with Carrie Fox on January 27, 2025, at 10:00 a.m. in Columbia, South Carolina.

                                                   Respectfully submitted,

                                                   s/ Chandler E. Aragona
                                                 Richard J. Morgan (Fed. ID No. 1266)
                                                 rmorgan@burr.com
                                                 Chandler E. Aragona (Fed. ID No. 13561)
                                                 caragona@burr.com
                                                 Burr & Forman LLP
                                                 Post Office Box 11390
                                                 Columbia, South Carolina 29211
                                                 803.799.9800

                                                 Attorneys for Defendant
                                                 Mary Grace Strickland

January 3, 2025
Columbia, South Carolina

---

[1] In addition the insurance carrier has been similarly advised.