IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Uri Reisman, | ) | C/A No. 3:24-2451-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED SCHEDULING ORDER** |
| | ) | |
| University of South Carolina; Sonya Singleton; Mary Grace Strickland, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, upon motion of the plaintiff with consent from the defendants and for good cause shown, the Amended Scheduling Order (ECF No. 21) entered June 13, 2024 in this matter is hereby amended as follows:

8.   Discovery shall be completed no later than **April 21, 2025**. All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. No extension of this deadline will be permitted without leave of court. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.).

9.   All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **May 5, 2025**. (Fed. R. Civ. P. 16(b)(2)).

10.   Mediation, pursuant to Local Civil Rules 16.04–16.12 (D.S.C.), shall be completed in this case on or before **April 29, 2025**. See form setting forth mediation requirements (ECF No. 8 at 7). At least thirty (30) days prior to this mediation deadline, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

11.   Unless otherwise ordered by the court, this case is subject to being called for jury selection and trial after the expiration of the deadline in ¶ 9, OR thirty (30) days following the issuance of a Report and Recommendation on any motion described in ¶ 9 of this Order, whichever is later.

**IT IS SO ORDERED.**

January 22, 2025
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE