# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Uri Reisman,<br><br>    Plaintiff,<br><br>  v.<br><br>University of South Carolina, Sonya Singleton, and Mary Grace Strickland,<br><br>    Defendant. | C/A No.: 3:24-cv-02451-SAL-PJG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SONYA SINGLETON AND MARY GRACE STRICKLAND** |

The parties, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of Defendants Sonya Singleton and Mary Grace Strickland, only, with each party bearing its own costs and attorney's fees. This stipulation shall not affect the Plaintiff's claims against any remaining Defendants.

SO STIPULATED, this 3rd day of March, 2025.

| | |
|---|---|
| **CROMER BABB & PORTER** | **BETTIS LAW GROUP, LLP** |
| By: *s/Paul Porter* | By: *s/R. Hayne Hodges* |
| J. Paul Porter (#11504) | R. Hayne Hodges, III (#9663) |
| Jillian Lesley (14090) | Erin K. Barlow (#13930) |
| 1418 Laurel Street, Ste. A | 3700 Forest Drive, Suite 500 |
| Columbia, South Carolina 29211 | Columbia, South Carolina 29204 |
| Phone: (803) 799-9530 | Phone: (803)799-9311 |
| Fax: (803)(803) 799-9533 | Fax: (803) 254-6591 |
| paul@cromerbabb.com | hayne@bettislawsc.com |
| jill@cromerbabb.com | erin@bettislawsc.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT UNVERSITY OF SOUTH CAROLINA** |

| | |
|---|---|
| **BURR & FORMAN, LLP** | **RILEY POPE & LANEY, LLC** |
| By: *s/Richard Morgan* | By: *s/Peter M. Balthazor* |
| Richard Morgan (#1266) | Peter M. Balthazor (#9236) |
| P.O. Box 11390 | P.O. Box 11412 |
| Columbia, South Carolina 29211 | Columbia, South Carolina 29211 |
| Phone: (803) 799-9800 | Phone: (803) 799-9993 |
| Fax: (803) 753-3278 | Fax: (803) 239-1414 |
| rmorgan@burr.com | peteb@rplfirm.com |
| **ATTORNEYS FOR DEFENDANT MARY GRACE STRICKLAND** | **ATTORNEYS FOR DEFENDANT SONYA SINGLETON** |

Columbia, South Carolina
March 3, 2025