IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Uri Reisman, | ) |
|         Plaintiff, | ) C.A. No. 3:24-cv-02451-SAL-PJG |
| v. | ) |
| University of South Carolina, | ) **STIPULATION OF DISMISSAL** |
|         Defendant. | ) **WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, thereby forever ending this matter, with each side to bear their own costs and fees.

| | |
|---|---|
| s/J. Paul Porter | s/R. Hayne Hodges |
| J. Paul Porter (FID # 11504) | R. Hayne Hodges, III (FID # 9663) |
| Jillian Lesley (FID #14090) | Erin B. Sheheen (FID # 13930) |
| Cromer Babb & Porter, LLC | Bettis Law Group, L.L.P. |
| 1418 Laurel Street, Suite A | 3700 Forest Drive, Suite 500 |
| Columbia, SC 29211 | Columbia, South Carolina 29204 |
| Phone: (803) 799-9530 | Phone: (803) 799-9311 |
| Fax: (803) 799-9533 | Fax: (803) 254-6951 |
| Paul@cromerbabb.com | hayne@bettislawsc.com |
| Jill@cromerbabb.com | erin@bettislawsc.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| | UNIVERSITY OF SOUTH CAROLINA |

March 7, 2025

Columbia, South Carolina